Fee paid Rec. #150006465

32

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**Branden Trapp**
         **Plaintiff,**

**v.**

**Afni, Inc**
         **Defendants**

) **JURY TRIAL DEMANDED**
)

Case: 2:23-cv-11938
Judge: Edmunds, Nancy G.
MJ: Ivy, Curtis
Filed: 08-07-2023 At 02:40 PM
CMP TRAPP V AFNI, INC (LG)

)
)
)
)

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.    INTRODUCTION

1. This is an action for actual, statutory, and punitive damage brought by Plaintiff Branden Trapp an individual consumer, against Defendants, Afni, Inc for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, Invasion of Privacy, And Violation of the Michigan Consumer Protection Act 445.252 et seq (hereinafter "MCPA").

### II.    JURISDICTION AND VENUE

2. The jurisdiction of this court arises under 15 U.S.C § 1692k (d), 28 U.S.C § 1331, and 28 U.S.C § 1367 (a). Under 28 U.S.C § 1367 (a), the Court also has Supplemental Jurisdiction over Plaintiff's claims under the MCPA because they share a common nucleus of operative fact with Plaintiff's claims under the FDCPA. Pursuant to 28 U.S.C § 1391(b), the venue in this District is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

### III. PARTIES

1

3. Plaintiff Branden Trapp (hereinafter "Mr. Trapp") is a natural person residing in the city of Detroit, County of Wayne, State of Michigan. Mr. Trapp is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C § 1692a (3).

4. Upon information and belief, Defendant Afni, Inc (hereinafter "AI") is a corporation whose mailing address is believed to be, 1310 Martin Luther King Blvd, Bloomington, IL 61701, and whose registered agent name and address are believed to be CT Corporation Systems, 208 So Lasalle St., Suite 814 Chicago, IL 60604.

5. Defendants used the mail in their attempt to collect an alleged debt from Mr. Trapp Defendants regularly attempt to collect consumers' debts alleged to be due to another's without having prior direct consent from the consumer.

## IV. FACTS OF THE COMPLAINT

6. Defendants Afni, Inc., is a "debt collector" under FDCPA, 15 U.S.C § 1692a (6).

7. At all times relevant to this action, AI collects consumer debts.

8. AI regularly uses instrumentalities of interstate commerce and the mail to collect consumer debts owed or due or asserted to be owed or due another.

9. The principal source of AI revenue is debt collection.

10. At all times relevant times, AI was engaged in "trade" and "commerce".

11. As described, *infra,* AI contacted Mr. Trapp at an inconvenient to collect an alleged debt for Comcast.

12. This alleged obligation is a "debt" as defined by 15 U.S.C § 1692a(5).

13. In or around 01/2022, Mr. Trapp received a collection notice from AI dated 07/26/21 attempting to collect consumer debt in the amount of $348.08, while offering a discount offer for $226.25 for Comcast. See Exhibit A

14. On 01/28/2022 Mr. Trapp sent AI a cease-and-desist notice by USPS Certified Mail no. 70203160000227499552, informing AI that Mr. Trapp refuses to pay the alleged debt and he demanded AI cease communication. See Exhibit B

15. On 01/31/2022 AI received Mr. Trapp's cease-and-desist notice, which was signed for by "Troy Patterson". See Exhibit C

16. On 02/23/2022 Mr. Trapp received another collection notice from AI dated 02/09/2022 for the same alleged debt after written notification was complete that Mr. Trapp refuse to pay and informed to cease communication. See Exhibit D

17. On 02/24/2022 Mr. Trapp filed a CFPB complaint, stating the following:

> *"AFNI is in violation of the FDCPA, I sent them a cease notice and it was received and signed for on Jan 31 2022, by Troy Patterson, pursuant to 15 usc 1692c(c) I informed Anfi that I refuse to pay the alleged debt and to cease communication with me, Pursuant to 15 usc 1692g I also demanded Afni to send me an audit trail to validate the alleged debt and Anfi failed to send me documents to validate, Afni can not assume the alleged debt was valid, that is an assumption, not a fact. I received another collection notice in the mail on 02/23/2022, Afni is offering a discount to lower the balance, I am aware this collection notice have many violations of the FDCPA in it. In additional Afni is ruining the reputation of my credit, by reporting this inaccurate information to the consumer reporting agency, and that is a violation of the FCRA. Also this alleged debt do not have the correct spelling of my name."* See Exhibit E

18. On 02/24/2022 AI served a response to the CFPB providing hearsay, detailing an account from Comcast that included my personally Identifiable Information; AI stated they will make a request to the Consumer Reporting Agencies to remove the account from Mr. Trapp's credit report; AI agreed that they received Mr. Trapp notice to cease on 01/31/22; Afni stated they sent Mr. Trapp validation on 2/17/2022 which was not true because Mr. Trapp never received such information; Afni then decided they will cease communication and will no longer collect on the account. See Exhibit F

19. On 10/20/2022 Mr. Trapp filed another CFPB complaint with an attached affidavit of facts to inform AI of the facts and violations of the FDCPA they are liable for, but AI marked the complaint as a duplicate. See Exhibit G

20. On 08/05/2023 Mr. Trapp filed another CFPB complaint with attachments (JS 044 cover sheet and US District Court compliant) giving AI one last opportunity to handle the matter amicably by email without the cost of counsel or court. See Exhibit H

21. on 08/07/2023 AI served a response to the CFPB complaint from 08/05/2023, AI stated on 06/26/2023 Comcast requested AI to cease collections and return the account.

20. The alleged debt AI claims Mr. Trapp owes is false, deceptive, unfair, and misleading.

21. Mr. Trapp suffers actual and statutory damage because of AI disadvantages of illegal debt collection communications in the form of mental anguish, loss of time for his daily activities, sleeplessness, depression, anger, decreased ability to focus on daily tasks, frustration, amongst other negative emotions, as well as suffering from unjustified abusive invasions of personal privacy.

<div align="center">

**V.**      **FIRST CLAIM FOR RELIEF**
**(Defendant)**
**15 U.S.C § 1692b (2)**

</div>

22. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

23. The debt collector violated the FDCPA.

24. The debt collector's violations include, but are not limited to the following:

- The debt collector violated 15 U.S.C § 1692b (2) of the FDCPA by stating Mr. Trapp owes an alleged debt.

## VI. SECOND CLAIM FOR RELIEF
### (Defendant)
### 15 U.S.C § 1692b (5)

25. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

26. The debt collector violated the FDCPA.

27. The debt collector's violations include, but are not limited to the following:

- The debt collector violated 15 U.S.C § 1692b (5) of the FDCPA by using a symbol in the contents of the communication to Mr. Trapp affected by the mail.

## VII. THIRD CLAIM FOR RELIEF
### (Defendant)
### 15 U.S.C § 1692c (a) (1), and (c)

28. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

29. The debt collector violated the FDCPA.

30. The debt collector's violations include, but are not limited to the following:

- The debt collector violated 15 U.S.C § 1692c (a) (1) of the FDCPA by intentionally communicating in connection with the collection of a debt from Mr. Trapp at an unusual and inconvenient time;

- The debt collector violated 15 U.S.C § 1692c (c) of the FDCPA by communicating with the consumer after written notification was complete.

## VIII. FOURTH CLAIM FOR RELIEF
### (Defendant)
### 15 U.S.C § 1692d (2)

31. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

32. The debt collector violated the FDCPA.

33. The debt collector's violations include, but are not limited to the following:

- The debt collector violated 15 U.S.C § 1692d (2) of the FDCPA by engaging in the conduct to abuse Mr. Trapp using obscene language in their attempt of collecting an alleged debt.

### IX.     FIFTH CLAIM FOR RELIEF
### (Defendant)
### 15 U.S.C § 1692e (2) (A)

34. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

35. The debt collector violated the FDCPA.

36. The debt collector's violations include, but are not limited to the following:

- The debt collector violated 15 U.S.C. § 1692e (2) (A) of the FDCPA by using false, deceptive, and misleading representation in connection with the collection of attempting to collect an alleged debt that reflects a positive balance.

### X.     SIXTH CLAIM FOR RELIEF
### (Defendant)
### 15 U.S.C § 1692f (1)

37. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

38. The debt collector violated the FDCPA.

39. The debt collector's violations include, but are not limited to the following:

- The debt collector violated 15 U.S.C § 1692f (1) of the FDCPA for using unfair means by attempting to collect an alleged debt without the expressed authorization of an agreement creating the debt or permitted by law.

### XI.     SEVENTH CLAIM FOR RELIEF
### (Defendant)
### 15 U.S.C § 1692g (a) (3), (4), and (5)

40. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

41. The debt collector violated the FDCPA.

42. The debt collector's violations include, but are not limited to the following:

- The debt collector violated 15 U.S.C § 1692g (a) (3), (4), and (5) of the FDCPA for neglecting to provide Mr. Trapp with the requisite written disclosures required by the FDCPA.

### XII. EIGHTH CLAIM FOR RELIEF
### (Defendant)
### 15 U.S.C § 1692j (a)

43. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

44. The debt collector violated the FDCPA.

45. The debt collector's violations include, but are not limited to the following:

- The debt collector violated 15 U.S.C § 1692j (a) of the FDCPA for designing an unlawful form knowing that such form would be used to create a false belief in Mr. Trapp that a person other than the creditor is participating in attempting to collect a debt that Mr. Trapp allegedly owes such creditor when in fact such person is not so participating.

### XIII. NINTH CLAIM FOR RELIEF
### (Defendant)
### INVASION OF PRIVACY

46. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

47. Plaintiff is entitled to recover damages under the Michigan common law claim of invasion of privacy. Defendant made numerous email attempts to collect to Mr. Trapp directly after it was aware that the alleged debt was not valid and was informed to cease represented an invasion of his privacy as it was an intrusion upon his seclusion.

49. Such inclusion was intentional (or was with reckless disregard), was without Plaintiff's consent, and would be considered highly offensive to a reasonable person.

50. Plaintiff is entitled to recover damages in an amount exceeding $10,000.00 for his common law invasion of privacy claim.

### XIV. TENTH CLAIM FOR RELIEF
### (Defendant)
### Michigan Collection Practices Act MCL 445.252

51. Mr. Trapp re-alleges and reincorporates all previous paragraphs as if fully set out herein.

52. The Debt Collector violated the FDCPA.

53. The Debt Collector's violations include, but are not limited to the following:

- The Debt Collector violated MCL 445.252 (e) by making an inaccurate, misleading, untrue, and deceptive statement in the communication to collect a debt.

54. As a result of the above violations of the FDCPA, Invasion of Privacy, and Michigan Consumer Protection Act the Defendants are liable to Mr. Trapp Actual damages, statutory damages, punitive damages, and cost.

## XV.   **JURY DEMAND AND PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Mr. Trapp respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against each Debt Collector for:

A.  Judgment for the violations occurred for violating the FDCPA, Invasion of Privacy, and Michigan Consumer Protection Act for both Defendants;

B.  Actual damages under 15 U.S.C § 1692k (a) (1) and (2) (A) and MCL 445.256 (1) and (2) from both Defendants;

C.  Statutory damages under 15 U.S.C § 1692k (a) (2) (A), and MCL 445.256 (1) and (2) from both Defendants;

D.  Counsel fees and Costs under 15 U.S.C § 1692k (a) (3) from both Defendants.

E.  For such other and further relief as the Court may deem just proper from both Defendants.

## XVI.        **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20 23.

Signature of Plaintiff _____

Printed Name of Plaintiff **Branden Trapp**

10870 Marne St.
Detroit, MI 48224
Branden.trapp@gmail.com
586-353-8258

8

Exhibit A

Collection letter

1 page



**afni.**

**Office Address:**
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517
Monday – Friday 7am-7pm Central

*Exhibit A*

# COLLECTION NOTICE

**NOTICE DATE:** July 26, 2021

Contact us: 🖥 www.afnicollections.com 📞 (855) 585-8306

---

### WHAT IS MY ACCOUNT INFORMATION?

**Creditor:** COMCAST

**Creditor Account:** 8529101991766404

**Afni, Inc. Account:** 081409808-01

**BALANCE DUE: $348.08**

---

### HOW CAN I MAKE PAYMENT?

Afni accepts payment made via check, money order, check by phone or credit card.

🖥 Pay securely online at www.afnicollections.com.

📞 Call (855) 585-8306.

✉ Mail in payment using payment stub below. Checks and money orders should be made payable to Afni, Inc. and should include the Afni account number.

---

### IMPORTANT INFORMATION

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

All conversations with Afni may be recorded.

---

**BRANDON TRAPP:**

We are making another attempt to contact you regarding your overdue COMCAST account. In an effort to resolve this matter we will accept $226.25, 65% of the current balance.

**\*\*\*Discounted Offer: $226.25\*\*\***

Once you pay this discounted amount, your account will be closed and marked settled in full with Afni, Inc. and COMCAST.

If you have any questions, please contact our office at (855) 585-8306.

---

DEPT 555
PO BOX 4115
CONCORD CA 94524



ADDRESS SERVICE REQUESTED



BRANDON TRAPP
12235 WILSHIRE DR
DETROIT MI 48213-1771

| ✉ Pay by Mail | 🖥 Pay Online | 📞 Pay by Phone |
|---|---|---|

**Toll Free #:** (855) 585-8306
**Creditor:** COMCAST
**Creditor Account #:** 8529101991766404
**Afni, Inc. Account #:** 081409808-01
**BALANCE DUE: $348.08**

4 01081409808 995030 00000034808

**REMIT TO:**
Afni, Inc.
PO Box 3517
Bloomington, IL 61702-3517

AFN35-0726-1592105228-01634-1634

Exhibit B

Cease Notice

1 page

Branden Trapp
4517 N Rome Ave. Apt J205
Tampa, FL 33603

v.

Afni, INC
P.O Box 3517
Bloomington, IL 61702

### CEASE AND DESIST NOTICE

THIS IS A WARNING!

Dear Afni, INC,

I, Branden Trapp, the consumer, natural person, original creditor, am aware that Afni, INC has violated my rights as a federally protected consumer under the laws of the Fair Debt Collection Practices Act, 15 USC 1692, Afni, INC is practicing abusive, deceptive, and unfair practices on me, Branden Trapp, the consumer, at this time I am demanding Afni, INC to send me validation of this alleged obligation, it is my right to validate this alleged debt pursuant to the FDCPA 15 USC 1692g.

Additionally, Pursuant to 15 USC 1692c.(C), I am notifying Afni, INC. A debt collector pursuant to 15 USC 1692a.(6), in writing, I, the consumer in fact pursuant refuse to pay this alleged debt and demanding Afni, INC communication with me, Branden Trapp, consumer, by all mediums, except to notice the communication is terminated.

Pursuant to 15 USC 1692c.(C),(2), I am notifying

Exhibit C

1 page

Cease received

Office Address:
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517
Monday – Friday 7am-7pm Central

.afnicollections.com  📞 (855) 585-8306

Brandon Trapp:

We are making another attempt to contact you regarding your overdue COMCAST account. In an effort to resolve this matter we will accept $174.04, half the current balance.

***Discounted Offer: $174.04***

**CCOUNT INFORMATION?**

Once you pay this discounted amount, your account will be closed and marked settled in full with Afni, Inc. and COMCAST.

T
: 8529101991766404
:: 081409808-01

348.08

NOTE DATE: February

Exhibit □ C

(855) 585-8306.

**CAN I MAKE PAYM**

ayment made via
ck by phone or cre

online at
ollections.com.

5-8306.

nent using paym
money orders sh
Afni, Inc. and sho
t number.

**PORTANT INFORM**

pt to collect a
tained will b
ommunication

is with Afni may be recorded.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Afni, Inc
PO Box 3517
Bloomington, IL 61702

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6974 1225 2120 76

2. Article Number (Transfer from service label)
7020 3160 0002 2749 9552

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Troy Patterson*     ☒☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Troy Patterson

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JAN 3 1 2022

3. Service Type                          ☐ Priority Mail Express®
☐ Adult Signature                        ☐ Registered Mail™
☐ Adult Signature Restricted Delivery    ☐ Registered Mail Restricted
☐ Certified Mail®                          Delivery
☐ Certified Mail Restricted Delivery     ☐ Signature Confirmation™
☐ Collect on Delivery                    ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery   Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail Restricted Delivery
   ...er $500)

Domestic Return Receip

---

📧 ☐ ⬛ ☐ 🖥 *Pay Online*     📞 *Pay by Phor*

Toll Free #: (855) 585-8306
Creditor:              COMCAST
                       8529101991766404
Creditor Account #:
Afni, Inc. Account #: 081409808-01
BALANCE DUE: $348.08

5
CA 94524

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

4 01081409808 995030 00000034

‖ S SERVICE REQUESTED

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

REMIT TO:

Afni, Inc.
PO Box 3517
...on, IL 61702-3517

Brandon Trapp      -- APT J205

Exhibit D

Second Collection Notice
1 page

Exhibit D



**Office Address:**
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517
Monday – Friday 7am-7pm Central

# COLLECTION NOTICE

**NOTICE DATE:** February 9, 2022

Contact us: ✉ www.afnicollections.com 📞 **(855) 585-8306**

Brandon Trapp:

**Creditor: COMCAST**
**Creditor Account:** 8529101991766404
**Afni, Inc. Account:** 081409808-01
**BALANCE DUE: $348.08**

We are making another attempt to contact you regarding your overdue COMCAST account. In an effort to resolve this matter we will accept $174.04, half the current balance.

### ***Discounted Offer: $174.04***

Once you pay this discounted amount, your account will be closed and marked settled in full with Afni, Inc. and COMCAST.

If you have any questions, please contact our office at (855) 585-8306.

Afni accepts payment made via check, money order, check by phone or credit card.

☐ Pay securely online at
www.afnicollections.com

📞 Call (855) 585-8306

[remainder of notice illegible]

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Conversations with Afni may be recorded.

Exhibit E

CFPB complaint
220224-8185177

1page



**Consumer Financial Protection Bureau**

(https://www.consumerfinance.gov/)

*Exhibit E*

**Start a new complaint**

❮ All complaints (.)

# 220224-8185177

**CLOSED**

 **Submitted**

**STATUS**
Submitted to the CFPB on 2/24/2022

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

### YOUR COMPLAINT

AFNI is in violation of the FDCPA, I sent them a cease notice and it was received and signed for on Jan 31 2022, by Troy Patterson, pursuant to 15 usc 1692c(c) I informed Anfi that I refuse to pay the alleged debt and to cease communication with me, Pursuant to 15 usc 1692g I also demanded Afni to send me a audit trail to validate the alleged debt and Anfi failed to send me documents to validate, Afni can not assume the alleged debt was valid, that is an assumption not a fact. I received another collection notice in the mail February 23, 2022, afni is offering a discount to lower the balance, I am aware this collection notice have many violations of the FDCPA in it. in additional Afni is ruining my reputation of my credit, by reporting this inaccurate information to the consumer reporting agency, and that is a violation of the FCRA. Also this alleged debt do not have the correct spelling of my name.

### ATTACHMENTS

Exhibit F

AI response to CFPB

2 page

## ✓ Sent to company

**STATUS**

Sent to company on 2/24/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

**STATUS**

Company responded on 2/24/2022

**RESPONSE TYPE**

Closed with explanation

### Company's Response

This is in response to your CFPB inquiry. Afni appreciates the opportunity to respond to the consumer's concerns. On May 27, 2021, Comcast forwarded the subject account, Comcast account #: 8529101991766404, Afni, Inc. account #: 081409808-01, with Afni for collections on the balance of $348.08. The account is for services established on February 1, 2019, until Comcast considered the account delinquent on April 12, 2019. The service address associated with the account is 12235 Wilshire Drive, Detroit, MI 48213. Afni mailed the initial notice of the account on or about May 30, 2021. On August 1, 2021, Afni furnished the credit reporting agencies with notice of the account. On August 29, 2021, Afni made the business decision to request to the credit reporting agencies to remove the account from the consumer's credit report. On January 31, 2022, Afni received the consumer's written letter of dispute. In response, Afni ceased communication and initiated an investigation. On February 17, 2022, Afni mailed the consumer validation of the debt. On February 24, 2022, Afni received this complaint. In response, Afni again ceased communications and initiated another investigation. To address the consumer's concern, Afni sent a request to the credit reporting agencies to remove the account from the consumer's credit report on August 29, 2021. Afni has made the business decision to cease communications with the consumer and no longer collect on this account. Afni trusts this response has addressed the consumer's concerns, but if questions remain, or if they would like to discuss the account, they may contact a Regulatory Specialist at (866) 716-1284.

Exhibit F

p 1-2

## ✓ Feedback requested

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

 **Closed**

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-

Exhibit F

P2-2

Exhibit G

- CFPB complaint marked
  duplicate
- Affidavit

3 pages

 **Consumer Financial Protection Bureau**
(https://www.consumerfinance.gov/)

*Exhibit G*   P. 1 of 3

**Start a new complaint**

 ‹ All complaints (.)

# 221020-9606684
**CLOSED**

## ✓ Submitted

**STATUS**
Submitted to the CFPB on 10/20/2022

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

See attached document

**ATTACHMENTS**
Afni doc.pdf (1.6 MB)

Case 2:23-cv-11938-NGE-CI   ECF No. 1, PageID.24   Filed 08/07/23   Page 24 of 32

*Exhibit G P 2-3*

View full complaint ⊕

## ✔ Sent to company

**STATUS**

Sent to company on 10/20/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ℹ Marked as duplicate

**STATUS**

Marked as a duplicate complaint on 10/20/2022

This complaint appears to be a duplicate of a complaint we've already received. We've included a reference to this complaint on that record.



**ADDITIONAL TOOLS AND RESOURCES**

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

| | | |
|---|---|---|
| **Branden Trapp**<br>**12235 Wilshire Dr.**<br>**Detroit, MI 48213**<br>**Branden.trapp@gmail.com**<br><br>**vs**<br><br>**Afni, Inc**<br>**P.O Box 3517**<br>**Bloomington, IL 61702** | **Ending Account #:** 081409808-01<br>**10/20/2022**<br>**BY: CFPB Complaint** | Within the universal maxim of the law "notice to agent is notice to principal and notice to principal is notice to agent". All addressed parties jointly and severally as well as their Successors, Nominees, and assigns. |

## AFFIDAVIT OF FACTS

Come now Branden Trapp, I am a natural person, consumer, I have been appointed and accept being the executor both private and public for all matters proceeding, and I hereby claim that I will d/b/a BRANDEN, TRAPP and autograph as agent, attorney in fact, so be it.

**WHEREAS**, I am of age of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, I depose the following **FACTS** that Afni, Inc, thereafter "Afni" have violated title 15 United States Code § 1692 et seq. (Fair Debt Collection Practices Act), thereafter "FDCPA", now present:

Fact, on or around 05/30/2021 and 07/26/2021 Afni communicated with the consumer by attempting to collect an alleged debt without the consumer prior consent given directly or express permission of a court of competent jurisdiction.

Fact, on 01/31/2022, Afni received a letter of dispute from Branden Trapp "consumer", thereafter "consumer", Afni was put on notice of violating Federal laws of the FDCPA.

Fact, the consumer has abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by Afni.

Fact, Afni used abusive practices to invade my rights to privacy.

Fact, Afni stopped the communication, collection and reporting to the consumer reporting agencies after the consumer filed a CFPB complaint exercising his rights, which makes it a fact Afni knowingly violated 15 USC § 1692j, Afni unlawfully produced and furnished forms knowing that such forms would be used to create the false belief in the consumer that a person other than the creditor ("Comcast") of such consumer is participating in the collection in attempting to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.

Fact, Afni used false and misleading representation while practicing deceptive business practices.

Fact, Afni used unfair and unconscionable means to attempt to collect a debt from the consumer.

Fact pursuant to 15 USC § 1692k Afni is civilly liable for their failure to comply with the provisions of the FDCPA with respect to any person is liable to such person in an amount equal to the sum of any actual damage sustained by such person because of such failure; in the case of any action by an individual, such additional damages as the court may allow.

Fact pursuant to 15 USC § 1692n FDCPA govern state(s) law of debt collection practices, unless state laws give better protection to the consumer than federal law.

**THIS AFFIDAVIT HAS TO BE REBUTTED LINE BY LINE WITH AN AFFIDAVIT OR SWORN STATEMENT UNDER THE PENALTY OF PERJURY, ANY PARTIAL RESPONSE IS NOT ACCEPTED AND TAKEN AS A NON-RESPONSE.**



Exhibit #

CFPB complaint giving AI

one last opportunity to cure.

1 page

Consumer Financial
Protection Bureau

*EKhibit H*

(https://www.consumerfinance.gov/)

**Start a new complaint**

‹ All complaints (.)

# 230805-11695050

**CLOSED**

 **Submitted**

**STATUS**

Submitted to the CFPB on 8/5/2023

**PRODUCT**

Debt collection

**ISSUE**

Written notification about debt

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

the attached documents are a US District Complaint and a cover sheet. I am giving this company one last opportunity to resolve this matter amicably without the cost of counsel or court costs. SEE ATTACH DOCUMENT.

**ATTACHMENTS**

AFNI Fed complaint.pdf (160.5 KB)

js_044.pdf (1010.2 KB)

Hide full complaint ⊖

Exhibit I

A I CFPB response on 8/7/23

2 pages



*Exhibit I*

*P1-2*

## ✓ Sent to company

**STATUS**

Sent to company on 8/5/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

**STATUS**

Company responded on 8/7/2023

**RESPONSE TYPE**

Closed with explanation

### Company's Response

This is in response to your CFPB inquiry. Afni appreciates the opportunity to respond to the consumer's concerns. On May 27, 2021, Comcast forwarded the subject account, Comcast account #: 8529101991766404, Afni, Inc. account #: 081409808-01, with Afni for collections on the balance of $348.08. The account is for services established on February 1, 2019, until Comcast considered the account delinquent on April 12, 2019. The service address associated with the account is 12235 Wilshire Drive, Detroit, MI 48213. Afni mailed the initial notice of the account on or about May 30, 2021. On August 1, 2021, **Afni furnished the credit reporting agencies with notice of the account**. On August 29, 2021, Afni made the business decision to request to the credit reporting agencies to remove the account from the consumer's credit report. On January 31, 2022, Afni received the consumer's written letter of dispute. In response, Afni ceased communication and initiated an investigation. On February 17, 2022, Afni mailed the consumer validation of the debt. On August 5, 2023, Afni received this complaint. In response, Afni again ceased communications and initiated another investigation. To address the consumer's concerns, Afni has mailed the initial notice on or about May 30, 2021, with no notice of returned mail. Additionally, validation of the account was mailed to the consumer on February 17, 2022, with no notice of returned mail. Afni made the business decision to cease communications with the consumer regarding this account. A signed contract is not always required to initiate Comcast services, as orders for services can be taken over the phone or via the internet, which are considered verbal and electronic signatures, respectively. Afni sent a request to the credit reporting agencies to remove the

account from the consumer's credit report on August 29, 2021. **On June 26, 2023, Comcast requested Afni to cease collections** and return the account. Afni is no longer the collection agency handling the subject account. Further inquiries regarding the account should be directed to Comcast.

## Feedback requested

**STATUS**

Feedback requested on 8/7/2023

**FEEDBACK DUE**

10/6/2023

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

**Submit your feedback**

## Closed

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Branden Trapp

## DEFENDANTS

Afni, Inc

**(b)** County of Residence of First Listed Plaintiff  Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

Case: 2:23-cv-11938
Judge: Edmunds, Nancy G.
MJ: Ivy, Curtis
Filed: 08-07-2023 At 02:40 PM
CMP TRAPP V AFNI, INC (LG)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
10870 Marne St
Detroit, MI 48224

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated *or* Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated *and* Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[x] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV |
| **REAL PROPERTY** | **LABOR** | | | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 |
| | | | | [ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FDCPA 15 USC §1692
Brief description of cause:
Defendant violated the FDCPA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 8/7/23

SIGNATURE OF ATTORNEY OF RECORD
s/Branden Trapp

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.              Is this a case that has been previously dismissed?                    ☐ Yes

                                                                                      ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.              Other than stated above, are there any pending or previously
                discontinued or dismissed companion cases in this or any other       ☐ Yes
                court, including state court? (Companion cases are matters in which   ☑ No
                it appears substantially similar evidence will be offered or the same
                or related parties are present and the cases arise out of the same
                transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____